# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ZECKEYA PERRY**
**ADC #156241**                                                                                **PETITIONER**

**v.**                                       **Case No. 5:16-cv-184 KGBBD**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge

Beth Deere (Dkt. No. 14). Petitioner Zeckeya Perry has filed no objections to the Recommended

Disposition, and the time to do so has passed. After careful review of the Recommended

Disposition, the Court concludes that the Recommended Disposition should be, and hereby is,

approved and adopted as this Court's findings in all respects. Judgment shall be entered

accordingly.

It is therefore ordered that Mr. Perry's petition for writ of *habeas corpus* is dismissed with

prejudice, and the requested relief is denied. All other pending motions are denied as moot (Dkt.

No. 13). A certificate of appealability is denied.

So ordered this 24th day of August, 2017.

_____
Kristine G. Baker
United States District Judge